**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-1034

JOY NEWSOME,

                    Plaintiff – Appellant,

          v.

THOMPSON CHILD & FAMILY FOCUS; KRIS PARKER,

                    Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Graham C. Mullen,
Senior District Judge.  (3:11-cv-00064-GCM)

Submitted: March 15, 2012          Decided:  March 20, 2012

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Joy Newsome, Appellant Pro Se. Kimberly Ann Bierenbaum, Stacy
Kaplan Wood, PARKER, POE, ADAMS & BERNSTEIN, LLP, Charlotte,
North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joy Newsome appeals the district court's order dismissing with prejudice her employment discrimination action for noncompliance with a court order. A plaintiff's failure to comply with the federal procedural rules or an order of the court may warrant involuntary dismissal. Fed. R. Civ. P. 41(b). We review a district court's dismissal under Rule 41(b) for abuse of discretion. Ballard v. Carlson, 882 F.2d 93, 95-96 (4th Cir. 1989). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Newsome v. Thompson Child & Family Focus, No. 3:11-cv-00064-GCM (W.D.N.C. Dec. 20, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED